1    ROBERT BARNES (State Bar No. 119515)
     CHRISTOPHER L. BURROWS (State Bar No. 222301)
2    KAYE SCHOLER LLP
     1999 Avenue of the Stars, Suite 1700
3    Los Angeles, California  90067
     Telephone:  (310) 788-1000
4    Facsimile:   (310) 788-1200
     E-Mail: rbarnes@kayescholer.com
5
     Attorneys for Defendant
6    PFIZER INC. (incorrectly sued here as "PFIZER, INC.")

7    CLAYEO C. ARNOLD (State Bar No. 65070)
     KIRK J. WOLDEN (State Bar No. 138902)
8    CLAYEO C. ARNOLD, A Professional Law Corporation
     608 University Avenue
9    Sacramento, California  95825
     Telephone: (916) 924-3100
10   Facsimile:  (916) 924 1829
     E-Mail: kirk@ccalawcorp.com
11
     Attorneys for Plaintiff
12   CHARLES JACOWAY

13

14                        **UNITED STATES DISTRICT COURT**

15                       **EASTERN DISTRICT OF CALIFORNIA**

16

17   CHARLES JACOWAY,                     )    Case No. 2:06-CV-00955-FCD-KJM
                                          )
18                  Plaintiff,            )    **JOINT STIPULATION AND ORDER TO**
                                          )    **STAY ACTION PENDING TRANSFER OF**
19         v.                             )    **ACTION TO MDL**
                                          )
20   PFIZER, INC. and DOES 1 through 100, )
     inclusive,                           )
21                                        )
                    Defendants.           )
22   _____ )

23

24         IT IS STIPULATED AND AGREED between the parties through their counsel, subject to

25   the Court's approval, and pursuant to Local Rules 6-144 and 83-143, as follows:

26         1.    Plaintiff CHARLES JACOWAY filed this action on May 1, 2006 alleging he suffered

27   personal injuries as a result of his use of the prescription medication Viagra.

28   / / /

                                              1

1      2.       Numerous similar actions are currently pending <u>In re Viagra Products Liability</u>

2   <u>Litigation</u>, MDL Case No. 1724, in the United States District Court for the District of Minnesota

3   (hereinafter "MDL Court").

4      3.       On July 10, 2006, this plaintiff effected personal service on PFIZER.  By letter dated

5   July 20, 2006 (copy attached), defendant PFIZER identified this action as a potential "tag-along"

6   action, and requested its transfer to the MDL Court.

7      4.       The parties agree that this action is appropriate for transfer to the MDL Court, and

8   stipulate to the transfer of this action to the MDL Court as soon as possible.  The parties agree that

9   all deadlines in this Court shall be stayed pending the most expeditious transfer of the action to the

10   MDL Court.

11      5.       The parties further agree that PFIZER's time to respond to the complaint shall be

12   extended until thirty days after the action is docketed in the MDL Court.

13      6.       This is the first request for an extension in this action.

15   Dated:  July 27, 2006               KAYE SCHOLER LLP

16

17                         /s/ Christopher L. Burrows
                             Attorneys for Defendant
                             PFIZER INC.

18

19   Dated:  July 27, 2006               CLAYEO C. ARNOLD, A Professional Law
                             Corporation

20

21                         /s/ Kirk J. Wolden (as authorized on 7/27/06)
                             Attorneys for Plaintiff
                             CHARLES JACOWAY

22

23                             <u>ORDER</u>

24   Based upon the foregoing stipulation of counsel, and good cause appearing:

25   IT IS SO ORDERED.

27   Dated: July 27, 2006               /s/ Frank C. Damrell Jr.
                             United States District Judge

28

KAYE SCHOLER llp

2