# United States District Court
## District of Minnesota

Office Of The Clerk
300 S. Fourth St., Room 202
Minneapolis, MN 55415

RICHARD D SLETTEN, CLERK
(612) 664-5000

August 29, 2006

Ms. Victoria C. Minor, Clerk
United States District Court
4-200 Robert T. Matsui United States Courthouse
501 I Street
Sacramento, CA 95814-7300

In re:  MDL- 1724 -- In re: Viagra Products Liability Litigation
YOUR CASE NUMBER: C.A. No. 2  06-955 Jacoway v Pfizer   FCD
DISTRICT OF MINNESOTA CASE NUMBER: 06-3499

Dear Ms Minor:

A conditional transfer order of the Judicial Panel on Multidistrict Litigation under 28 U.S.C. §1407 was received and filed in this district on August 28, 2006   Enclosed is a certified copy of that order directing the transfer of your civil case to the District of Minnesota. The cases are assigned to Judge Paul A. Magnuson for coordinated or consolidated pretrial proceedings. Please reference the case number assigned in this court on all correspondence or communications.

Please forward a certified copy of the docket sheet for the case listed above together with a received stamped copy of this letter to: Clerk, U. S. District Court, 300 S. Fourth Street, Room 202, Minneapolis, MN 55415. Communications regarding these actions should be directed to Ms. Mary Kaye Conery or Ms. Lou Jean Gleason at (612) 664-5000. Should you have any questions please do not hesitate to call.

Very truly yours,

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery

Mary Kaye Conery, Civil Docket Supervisor

Enclosure

cc: Judge Paul A. Magnuson
    Judicial Panel on Multidistrict Litigation

A CERTIFIED TRUE COPY

AUG 2 4 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 8 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1724

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIAGRA PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-10)

On January 26, 2006, the Panel transferred six civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 414 F.Supp.2d 1357 (J.P.M.L. 2006). Since that time, 27 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Paul A. Magnuson.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Magnuson.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of January 26, 2006, and, with the consent of that court, assigned to the Honorable Paul A. Magnuson.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG 2 4 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SCANNED
AUG 2 8 2006
U.S. DISTRICT COURT MPLS